No. 1347, Misc.   MILNE *v.* SHELL OIL Co.   Sup. Ct. Vt.   Certiorari denied.   *John P. Monte* for respondent.

No. 1368, Misc.   ARMSTRONG *v.* MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.   *A. F. Summer,* Attorney General of Mississippi, and *Guy N. Rogers,* Assistant Attorney General, for respondent.

No. 1421, Misc.   POOLE *v.* MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.   *H. C. Mike Watkins* for petitioner. *A. F. Summer,* Attorney General of Mississippi, and *G. Garland Lyell, Jr.,* Assistant Attorney General, for respondent.

No. 1537, Misc.   GOLSON ET AL. *v.* PATE, WARDEN. C. A. 7th Cir.   Certiorari denied.   *James E. Knox, Jr.,* for petitioners.   *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.

No. 1554, Misc.   THERIAULT *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 1661, Misc.   KELLEY *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 1662, Misc.   MILNE *v.* LAFLAMME.   Sup. Ct. Vt. Certiorari denied.